```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

v.                      Case No. 07-50034-003

OSCAR BLADIMIR ESCALANTE                                DEFENDANT

## ORDER

Currently before the Court is the defendant's **Motion to Withdraw Motion to Suppress (Doc. 52)**. Upon due consideration, the motion is **GRANTED** and the Motion to Suppress (Doc. 50) is hereby ordered **WITHDRAWN.**

IT IS SO ORDERED this 6th day of August 2007.

> /S/JIMM LARRY HENDREN
> JIMM LARRY HENDREN
> UNITED STATES DISTRICT JUDGE